

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00170-CR

CLAYTON MARQUIS RICKS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court No. CR01943

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Clayton Marquis Ricks appeals from his conviction of burglary of a habitation.  The clerk's record was filed August 21, 2013, and the reporter's record was filed November 8, making the appellant's brief due December 9.  This deadline was extended twice by this Court on appellant's motion, resulting in the current due date of January 29, 2014.  Appellant has now filed a third motion to extend seeking an additional thirty-day extension of the briefing deadline.

We have reviewed appellant's third motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare.  The motion to extend time to file appellant's brief is overruled.

We order appellant's counsel, Jason L. Horton, to file appellant's brief with this Court on or before February 19, 2014.

IT IS SO ORDERED.


BY THE COURT

Date:   February 4, 2014